GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
GABRIEL L. GRASSO, P.C.
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BAKER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUSTIN BAKER,<br><br>        Defendant. | Case No.:   2:22- cr-00075-JCM-BNW-1<br><br>STIPULATED SUBSTITUITON OF COUNSEL |

NOTICE IS HEREBY GIVEN that the defendant, JUSTIN BAKER requests a substitution of counsel in the above styled cause, wherein GABRIEL L. GRASSO, ESQ. is substituted counsel and JOANNE DIAMOND FFP., is no longer counsel of record for the defendant.

DATED this 24th day of May, 2022.

Federal Public Defender
Joanne Diamond Esq
CA State Bar Number 298303
411 E. Bonneville Ave, Ste 250
Las Vegas, NV 89101
(702) 388-5123

/s/ Joanne L. Diamond

JOANNE DIAMOND Esq.

Gabriel L. Grasso, Esq.
State Bar Number 7358
411 S 6th Street
Las Vegas, Nevada 89101
(702) 868-8866

GABRIEL L. GRASSO, Esq.

JUSTIN BAKER, Defendant.

## ORDER

1      IT IS THEREFORE ORDERED that GABRIEL L. GRASSO, ESQ. is substituted
2   counsel and JOANNE DIAMOND FFP is no longer counsel for the defendant.

4   DATED this 1st day of June, 2022.

_____
United States Magistrate Judge