GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BAKER

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

JUSTIN BAKER,

         Defendant.

Case No.:   2:22-cr-00075-JCM-BNW

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

The Defendant, JUSTIN BAKER, by and through his counsel, GABRIEL L. GRASSO, ESQ., moves this Court to give the defendant permission to travel. This Motion is based upon all the papers on file herein and the attached explanatory request.

DATED this 19th day of November, 2022.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for BAKER

**REQUEST**

1. BAKER has been on Pretrial Release supervision since March 25, 2022.
2. BAKER requests permission to travel to Kentucky to visit his family for the Christmas holiday between December 21, 2022, and December 29, 2022.
3. BAKER will be staying at the Residence Inn Hotel located at 333 East Market Street in Downtown Louisville, Ky.
4. His Pretrial officer, Jeremiah Bassard, does not object to this request for travel.
5. The Government does not object to this request once BAKER provides all required information to Pretrial Services.

BAKER request's this Court allow her travel as outlined above.

DATED this 19th day of November, 2022.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for JUSTIN BAKER

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BAKER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUSTIN BAKER,<br><br>                Defendant. | Case No.: 2:22-cr-00075-JCM-BNW<br><br>**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |

    **IT IS HEREBY ORDERED** that the Defendant is permitted to travel to Kentucky between December 21, 2022 and December 28, 2022 under the following conditions: the conditions previously imposed shall remain in place while the Defendant is traveling and while the Defendant is in Kentucky.

    **IT IS FURTHER ORDERED** that the Defendant shall provide all travel information as well as the address of the place where he will be staying to his supervising officer, and check-in as directed.

    DATED this 20th day of December, 2022

                                                  _____
                                                  DANIEL J. ALBREGTS
                                                  UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am a person competent to serve papers, I am not a party to the above-entitled action, and that on the 19th day of November, 2022, I served the foregoing document and all attachments by electronic service (ECF).

/s/ Angel Garcia
An Employee of
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778