GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BAKER

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.:   2:22-cr-00075-JCM-BNW-1 |
| vs. | **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |
| JUSTIN BAKER, | |
| Defendant. | |

The Defendant, JUSTIN BAKER, by and through his counsel, GABRIEL L. GRASSO, ESQ., moves this Court to give the defendant permission to travel. This Motion is based upon all the papers on file herein and the attached explanatory request.

DATED this 13th day of April, 2023.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for BAKER

**REQUEST**

1. BAKER has been on Pretrial Release supervision since March 25, 2022.
2. BAKER requests permission to travel to Kentucky to visit his elderly grandparents. He will depart on April 27, 2023, and return on May 4, 2023.
3. BAKER will be staying at the Residence Inn Hotel located at 333 East Market Street in Downtown Louisville, Ky.
4. His Pretrial officer, Jeremiah Bassard, does not object to this request for travel.
5. The Government does not object to this request once BAKER provides all required information to Pretrial Services.

BAKER requests this Court allow his travel as outlined above.

DATED this 13th day of April, 2023.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for JUSTIN BAKER

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BAKER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:22-cr-00075-JCM-BNW-1 |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |
| JUSTIN BAKER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Defendant is permitted to travel to Kentucky between April 27, 2023 and May 4, 2023 under the following conditions: The conditions previously imposed shall remain in place while the Defendant is traveling and while the Defendant is in Kentucky.

**IT IS FURTHER ORDERED** that the Defendant shall provide all travel information as well as the address of the place where he will be staying to his supervising officer, and check-in as directed.

DATED this ___18th___ day of ___April___, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I am a person competent to serve papers, I am not a party to the above-entitled action, and that on the 13th day of April, 2023, I served the foregoing document and all attachments by electronic service (ECF).

/s/ Angel Garcia
An Employee of
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778