GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BAKER

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUSTIN BAKER, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No.:   2:22-cr-00075-JCM-BNW-1<br><br>**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |

The Defendant, JUSTIN BAKER, by and through his counsel, GABRIEL L. GRASSO, ESQ., moves this Court to give the defendant permission to travel. This Motion is based upon all the papers on file herein and the attached explanatory request.

DATED this 22nd day of June, 2023.

*/s/ Gabriel L. Grasso*
_____
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
(702) 868-8866
Attorney for BAKER

**REQUEST**

1. BAKER has been on Pretrial Release supervision since March 25, 2022.
2. BAKER requests permission to travel to Kentucky to visit his elderly grandmother who is about to be placed on hospice. He will depart on June 23, 2023, and return on June 29, 2023.
3. BAKER will be staying at the Gait Hotel located at 140 N Fourth Street Louisville KY 40202.
4. His Pretrial officer, Jeremiah Bassard, does not object to this request for travel.
5. The Government does not object to this request once BAKER provides all required information to Pretrial Services.

BAKER requests this Court allow his travel as outlined above.

DATED this 22nd day of June, 2023.

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for JUSTIN BAKER

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BAKER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUSTIN BAKER, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:22-cr-00075-JCM-BNW-1 <br> **ORDER** |

**IT IS HEREBY ORDERED** that the Defendant is permitted to travel to Kentucky between June 23, 2023 and June 29, 2023 under the following conditions: Baker shall stay at the Gait Hotel located at 140 N Fourth Street, Louisville KY 40202 and shall provide all required information to Pretrial Services. _____

**IT IS FURTHER ORDERED** that the Defendant shall provide all travel information as well as the address of the place where he will be staying to his supervising officer, and check-in as directed.

DATED this __23rd__ day of __June__, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I am a person competent to serve papers, I am not a party to the above-entitled action, and that on the 22nd day of June, 2023, I served the foregoing document and all attachments by electronic service (ECF).

/s/ Angel Garcia
An Employee of
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778