GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
Attorney for BAKER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) Case No.: 2:22-cr-00075-JCM-BNW-1 |
| vs. | )<br>) |
| JUSTIN BAKER, | ) FINDING OF FACTS, AND ORDER<br>) |
| Defendant. | )<br>) |

## **FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The Initial Appearance in this case is continued because Defense Counsel is out of the jurisdiction.

## **ORDER**

**IT IS ORDERED** that the Initial Appearance currently scheduled for September 2, 2025, at 2:30 P.M. be vacated and continued to __Monday, September 8__, 20_25_, at the hour of _2:30 P.M._ in Courtroom 3C.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE