GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BAKER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUSTIN BAKER, ) <br> ) <br> ) <br> Defendant. ) | Case No.: 2:22-cr-00075-JCM-BNW-1 <br><br> AMENDED STIPULATION ON REVOCATION OF PRETRIAL RELEASE |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, and Gabriel L. Grasso, Esq, counsel for Defendant, JUSTIN BAKER that the previously granted Pretrial Release be revoked without need for a formal hearing.

1. BAKER is in custody on a Rule 5 matter out of the Western District of Kentucky.

2. The reinstatement of Pretrial Release in this case would deprive BAKER of time served while he would remain detained on the Rule 5 matter out of Kentucky.

3. Defense counsel has explained the reasoning for this stipulation to BAKER, who has approved the filing of this Stipulation.

4. The parties to this stipulation request the Revocation of Pretrial Release hearing currently set for September 17, 2025, at 2:30 P.M. be vacated.

I, Justin Baker, after consultation with counsel, agree to waive the Revocation of Pretrial Release Hearing because I understand it is in my best interests, considering my current status as a defendant in two separate federal jurisdictions, to accept and not challenge the revocation of my Pretrial Release in the District of Nevada.

Approved by:

*/s/ Justin Baker, defendant*

DATED this 17th day of September 2025.

RESPECTFULLY SUBMITTED BY:

|  |  |
|---|---|
|  | SIGAL CHATTAH<br>Acting United States Attorney |
| By */s/ Gabriel L. Grasso*<br>GABRIEL L. GRASSO<br>Counsel for JUSTIN BAKER | By */s/ Jacob Operskalski*<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:22-cr-00075-JCM-BNW-1 |
| | ) STIPULATION ON REVOCATION |
| JUSTIN BAKER, | ) OF PRETRIAL RELEASE |
| Defendant. | ) |

### FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing, the Court finds:

1. The Government and the defendant, JUSTIN BAKER, after consultation with counsel, have agreed that the defendant's Pretrial Release be revoked through this stipulation without need for a formal hearing.

### ORDER

**IT IS ORDERED** that the defendant's pretrial release is hereby revoked, and the defendant be remanded to custody.

IT IS SO ORDERED:

_____
UNITED STATES JUDGE
DATED: 9/17/2025

3